UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-136-LRS |
| Plaintiff, | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| v. | ) | MOTION WITH LEAVE TO RENEW |
| | ) | |
| CHAD A. BRAZE, | ) | |
| | ) | |
| Defendant. | ) | |

At the October 10, 2007, hearing on Defendant's Motion for reconsideration (Ct. Rec. 11), Assistant U.S. Attorney Jared Kimball appeared for the United States.  Defendant was present with counsel Brett Billingsley.

The undersigned directed preparation of a Supplemental Pretrial Services Report.  That Report has been prepared and provided to the parties.  The Report reflects that the residential plan during aftercare (following inpatient treatment in Seattle) is not sufficiently structured to reasonably assure that Defendant would not be a risk of non-appearance or would be supervisable.

**IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 11)** is **DENIED** without prejudice and with leave to renews.

DATED October 29, 2007.


                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION WITH LEAVE TO RENEW – 1