UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD BRAZE,<br><br>Defendant. | No. CR-07-136-LRS-1<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION AND REDUCING SENTENCE** |

**BEFORE THE COURT** is the Defendant's pro se Motion for Reconsideration (ECF No. 274) filed on July 7, 2015 and the Federal Defender's Motion for Reconsideration (ECF No. 275) filed on July 21, 2015 and noted for August 20, 2015, without oral argument. The government filed no response or opposition to either motion.

On June 9, 2015, this Court denied Defendant Braze's motion for a sentence reduction pursuant to 18 U.S.C. §3582(c)(2) finding there was nothing before the Court that merited a sentence reduction. Since then, the Defendant filed a motion for reconsideration [ECF 274] setting forth in detail how he has matured since his offense, how he is working to improve his life circumstances. Since his arrival at FCI Sheridan, Defendant Braze has been employed full time, has not had a single write-up, is on his way to completing the U.S. Department of Labor Apprenticeship Program in solar panel assembly and installation and believes with his training,

**ORDER GRANTING MOTION**

**FOR RECONSIDERATION -           1**

he will be able to find full-time work upon his release. Defendant is drug free and has been able to reconnect with his family in a way he has not been able to do in a long time. Defendant asserts that all of his good work since his offense merits a reduction.

The Court has read the letter Defendant Braze wrote and filed on July 7, 2015, which was not before this Court when it rendered its decision on June 9, 2015.  The Court finds the §3553(a) factors compel the conclusion that Defendant Braze's motion for reconsideration should be granted.  The Court finds a reduction is warranted based on his attitude, his model behavior in prison, and his sincere drive to be reunited with his family and seek employment as a law-abiding citizen as communicated to the Court in his motion. Defendant Braze will receive a reduction to a 150 months sentence.

**CONCLUSION**

For the foregoing reasons, Defendant Braze's Motion for Reconsideration (ECF Nos. 274, 275) are **GRANTED** and his term of imprisonment is **HEREBY REDUCED** from 168 months to 150 months with the understanding that pursuant to U.S.S.G. Section 1B1.10(e), **THE EFFECTIVE DATE OF THIS ORDER IS NOVEMBER 1, 2015**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and provide copies to Defendant Braze and to counsel of record.

**DATED** this 28th day of August, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

ORDER GRANTING MOTION
FOR RECONSIDERATION -            2